NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SECRETARY OF THE NAVY,**
*Appellant*

**v.**

**CHUGACH FEDERAL SOLUTIONS, INC.,**
*Appellee*

---

2024-1511

---

Appeal from the Armed Services Board of Contract Appeals in No. 61320, Administrative Judge David D'Alessandris, Administrative Judge Richard Shackleford, Administrative Judge J. Reid Prouty.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    SECRETARY OF THE NAVY V. CHUGACH FEDERAL SOLUTIONS,
                                                          INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

March 4, 2024                          Jarrett B. Perlow
   Date                                 Clerk of Court

**ISSUED AS A MANDATE:** March 4, 2024